**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-132-RPM-MJW

BARBARA NEIL, TOM WULF, and LESLIE BERRY,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a municipal corporation;
DENNIS GALLAGHER, Auditor; and
DAWN SULLEY, Deputy Auditor,

    Defendants.

---

**ORDER FOR DISMISSAL OF THIRD CLAIM FOR RELIEF**

---

THIS MATTER, coming before the Court upon the Stipulated Motion for Dismissal of Third Claim for Relief of Plaintiffs and Defendants, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Stipulated Motion is granted and Plaintiffs' Third Claim for Relief (Violation of Due Process Rights) is dismissed with prejudice.

DONE AND ORDERED this 24th day of March, 2006.

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            Senior U.S. District Court Judge