**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                December 28, 2006
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No.05-cv-00132-RPM

BARBARA NEIL,                                           Theresa L. Corrada
TOM WULF and
LESLIE BERRY,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,               Robert A. Wolf
DENNIS GALLAGHER, and
DAWN SULLEY,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**12:51 p.m.    Court in session.**

Court's preliminary remarks.

Court's summary of case facts, issues and its view.

1:04 p.m.      Argument by Mr. Wolf.

**ORDERED:    Defendants' Motion to Strike, filed July 3, 2006 [32], is denied.**

1:20 p.m.      Argument by Ms. Corrada.

1:34 p.m.      Rebuttal argument by Mr. Wolf.

**ORDERED:    Defendants' Motion for Summary Judgment, filed April 17, 2006 [21], is
              taken under advisement.**

**1: 37 p.m.    Court in recess.**          Hearing concluded.  Total time: 46 min.