IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00132-RPM

BARBARA NEIL,
TOM WULF, and
LESLIE BERRY,

      Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a Municipal Corporation;
DENNIS GALLAGHER, Auditor; and
DAWN SULLEY, Deputy Auditor,

      Defendants.

## ORDER

Upon consideration of Plaintiffs' Motion for Withdrawal of Notice of Appeal and Request for Refund of Appeal Filing Fee, it is

ORDERED that the motion is granted and the Clerk is directed to refund to plaintiffs their $455.00 filing fee.

DATED: April 6, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge